UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRIAN D. DUBUC                                                    PETITIONER

v.                                No. 2:23-cv-02044

SHERIFF RANDY SHORES                                  RESPONDENT

**ORDER**

      The Court has received a report and recommendation (Doc. 8) from Chief United States Magistrate Judge Mark E. Ford. Petitioner has filed objections (Doc. 9). The Magistrate Judge recommends that the Court deny the petition for a writ of habeas corpus. The Court has reviewed de novo those portions of the report and recommendation to which Petitioner has objected. 28 U.S.C. § 636(b)(1). The objections offer no reason to depart from the Magistrate Judge's recommendations. The report otherwise contains no clear error and is therefore ADOPTED IN ITS ENTIRETY.

      IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 2) is DENIED and the petition is DISMISSED WITH PREJUDICE. No certificate of appealability shall issue.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 31st day of May, 2023.

                                                                  /s/ P. K. Holmes, III
                                                                   P.K. HOLMES, III
                                                                   U.S. DISTRICT JUDGE